UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                      Case No. 11-cr-137-01-SM

Rafael A. Corniel

## O R D E R

Defendant Corniel's motion to continue the final pretrial conference and trial is granted (document no. 9). Trial has been rescheduled for the January 2012 trial period. Defendant Corniel shall file a waiver of speedy trial rights not later than November 4, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 6, 2012 at 9:30 a.m.

Jury selection will take place on January 18, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

October 27, 2011

cc: Bjorn Lange, Esq.
William Morse, AUSA
US Probation
US Marshal